Submitted on record and briefs December 3, reversed and remanded for new trial
December 24, 1996

In the Matter of Robin Mier,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

ROBIN MIER,
*Appellant.*

(MC950036; CA A90816)

929 P2d 1105

Theresa M. Kohlhoff filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals the judgment committing her to the Oregon Mental Health Division, pursuant to ORS 426.130(1)(b)(C). The state concedes that the trial court erred in not reading to her all of her rights as required by ORS 426.100(1). We accept the concession and reverse and remand the case for further proceedings.

Reversed and remanded for a new trial.